IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| FABIO NERES MILHOMENS, ) | ) | |
| Petitioner ) | ) | CASE NO. 3:26-cv-00332 |
| v. ) | ) | |
| BRIAN MCSHANE *et al.,* ) | ) | Judge Stephanie L. Haines |
| Respondents ) | ) | |
| ) | ) | |

## CASE MANAGEMENT ORDER

The Court orders as follows:

1. **Service**. Petitioner's counsel shall serve Respondents with a copy of this order and the Petition via a single e-mail at: usapaw.civ.imm.2241.moshannon@usdoj.gov. The subject line of the email shall contain the case caption and case number of this case. If the Petition contains voluminous exhibits, they need not be emailed.[1] The email service shall be deemed sufficient to accomplish formal service of the Petition. <u>No other documents, pleadings, or motions may be emailed to this email address.</u>

2. **Certificate of compliance of service.** Upon completion of service via e-mail as reflected in Paragraph 1, Petitioner's counsel shall file a notice of compliance, certifying the date and time of service.

3. **Respondents' counsel notice of appearances**. Counsel for Respondents shall file a notice of appearance within **3 days** of the filing of Petitioner's Certificate of Compliance of Service.

4. **Respondents' responses to the petition.** Respondents shall file any responses or answers to the petition within **30 days** of the date of service. Responses are limited to **25 pages**, double-spaced.

---

[1] Petitioner's counsel shall provide all such exhibits upon request of Respondent's counsel.

5. **Petitioner's reply in support of the petition.** Petitioner shall file any reply in support of the petition within **5 days** of the filing of Respondents' response to the petition. The Reply is limited to **5 pages**, double-spaced.

DATED this 6th day of March 2026.

BY THE COURT:

/s/ Stephanie L. Haines
STEPHANIE L. HAINES
United States District Judge